No. 73–1288. ALFRED DUNHILL OF LONDON, INC. v. REPUBLIC OF CUBA ET AL. C. A. 2d Cir. [Certiorari granted, 416 U. S. 981.] Case restored to calendar for reargument. In addition to other questions presented by this case, counsel are requested to brief and discuss during oral argument: Should this Court's holding in *Banco Nacional de Cuba* v. *Sabbatino,* 376 U. S. 398 (1964), be reconsidered?

No. 74–773. HUDGENS v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 5th Cir. [Certiorari granted, 420 U. S. 971.] Motion of respondents for additional time for oral argument granted and 15 additional minutes allotted for that purpose. Petitioner also allotted 15 additional minutes for oral argument.

No. 74–1141. UNITED STATES v. GADDIS ET AL. C. A. 5th Cir. [Certiorari granted, 421 U. S. 987.] Motion for appointment of counsel is granted, and Tommy Day Wilcox, Esquire, of Macon, Ga., is appointed to serve as counsel for respondents in this case.

No. 74–6384. WILLIAMS v. UNITED STATES; and
No. 74–6436. STEWART v. GRIFFIN, JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.